# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

**CR 20 0016**

CHARLES EUGENE PATTON,



DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography;
18 U.S.C. § 2253(a) – Criminal Forfeiture

---

A true bill.

_____ Foreman

Filed in open court this __16__ day of
January 2020.

_____ Clerk

SALLIE KIM
United States Magistrate Judge    Bail, $ _____    NO BAIL ARREST WARRANT

*FILED JAN 16 2020 SUSAN Y. SOONG, CLERK, U.S. DISTRICT COURT, NORTH DISTRICT OF CALIFORNIA*

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

COUNT 1: 18 U.S.C. § 2252(a)(4)(B) & (b)(2) -- Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

UNDER SEAL

PENALTY: COUNT 1: 20 years imprisonment; lifetime supervised release (mandatory minimum of 5 years supervised release); $250,000 fine; $5,100 special assessment; forfeiture and restitution

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
JAN 16 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S ───
▶ Charles Eugene Patton

DISTRICT COURT NUMBER
CR 20 0016 RS

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)
Homeland Security Investigations

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO. _____

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   SAUSA Christopher Vieira

─── DEFENDANT ───

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
San Francisco Superior Court

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: no bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2

3

4

5

6  ~~UNDER SEAL~~

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,           )  CASE NO.  CR 20 0016
                                        )
12       Plaintiff,                     )  VIOLATION:
                                        )  18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession
13       v.                             )  of Child Pornography;
                                        )  18 U.S.C. § 2253(a) – Criminal Forfeiture
14  CHARLES EUGENE PATTON,              )
                                        )  SAN FRANCISCO VENUE
15       Defendant.                     )
    _____)
16

17                                  I N D I C T M E N T

18  The Grand Jury charges:

19  COUNT ONE:        (18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography)

20       On or about December 3, 2019, in the Northern District of California, the defendant,

21                              CHARLES EUGENE PATTON,

22  did knowingly possess matter which contained at least one visual depiction that had been shipped and

23  transported using a means and facility of interstate and foreign commerce and had been shipped and

24  transported in and affecting interstate and foreign commerce, the production of which visual depiction

25  involved the use of a minor who had not attained 12 years of age engaging in sexually explicit conduct,

26  which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections

27  2252(a)(4)(B) and (b)(2).

28

    INDICTMENT

1  FORFEITURE ALLEGATION:   (18 U.S.C. § 2253(a))

2    The allegations contained in this Indictment are re-alleged and incorporated by reference for the
3  purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.
4    Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offense set forth
5  in this Indictment, the defendant,

6         CHARLES EUGENE PATTON,

7  shall forfeit to the United States of America:

8    a. any visual depiction described in Title 18, United States Code, Sections 2251 or
9     2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter
10    which contains any such visual depiction, which was produced, transported, mailed,
11    shipped or received in violation of Title 18, United States Code, Chapter 110;
12   b. any property, real or personal, constituting or traceable to gross profits or other
13    proceeds obtained from the offense; and
14   c. any property, real or personal, used or intended to be used to commit or to promote
15    the commission of the offense.

16   If any of the property described above, as a result of any act or omission of the defendant:
17   a. cannot be located upon exercise of due diligence;
18   b. has been transferred or sold to, or deposited with, a third party;
19   c. has been placed beyond the jurisdiction of the court;
20   d. has been substantially diminished in value; or
21   e. has been commingled with other property which cannot be divided without
22    difficulty,
23 the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,
24 United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b)
25 and Title 28, United States Code, Section 2461(c).
26 //
27 //
28 //

INDICTMENT      2

1 | All pursuant to Title 18, United States Code, Section 2253, Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED:                                                          A TRUE BILL.

January 16th 2020

_____
FOREPERSON

DAVID L. ANDERSON
United States Attorney

_____
CHRISTOPHER VIEIRA
Special Assistant United States Attorney

INDICTMENT                            3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JAN 16 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

**Instructions:** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:** USA v. CHARLES EUGENE PATTON

**CASE NUMBER:** CR 20 0016 RS

~~UNDER SEAL~~

| Field | Response |
|---|---|
| Is This Case Under Seal? | Yes ✓   No |
| Total Number of Defendants: | 1 ✓   2-7   8 or more |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes   No ✓ |
| Venue (Per Crim. L.R. 18-1): | SF ✓   OAK   SJ |
| Is this a potential high-cost case? | Yes   No ✓ |
| Is any defendant charged with a death-penalty-eligible crime? | Yes   No ✓ |
| Is this a RICO Act gang case? | Yes   No ✓ |

**Assigned AUSA (Lead Attorney):** CHRISTOPHER VIEIRA

**Date Submitted:** 01/16/20

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

[RESET FORM]   [SAVE PDF]