STEVEN G. KALAR
Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Angela_chuang@fd.org

Counsel for Defendant PATTON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES EUGENE PATTON,<br><br>Defendant. | **Case No.:** CR 20–016 RS<br><br>**STIPULATION AND ORDER TO CONTINUE** |

The above titled matter is currently scheduled for status on March 31, 2020. As of today's date, the President has declared a national public health emergency,[1] and the Governor of the State of California has declared a public health emergency throughout the state,[2] both in

---

[1] *See Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak*, https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/ (Mar. 13, 2020).

[2] *See Governor Newsom Declares State of Emergency to Help State Prepare for Broader Spread of COVID-19*, https://www.gov.ca.gov/2020/03/04/governor-newsom-declares-state-of-emergency-to-help-state-prepare-for-broader-spread-of-covid-19/ (Mar. 4, 2020).

response to the spread of the Coronavirus Disease 2019 (COVID-19). The Centers of Disease Control and Prevention (CDC) and other health authorities have advised people to take precautions to reduce the exposure to COVID-19 and to slow the spread of the disease. An important part of the CDC recommendations is social distancing: keeping an appropriate physical distance between people, and particularly in public settings.[3]

To ensure the health and safety of the defendant and others through social distancing, the parties stipulate that the presently scheduled hearing shall be vacated and that the matter shall be set for status and potential change of plea on April 28, 2020 at 2:30 PM.

The parties further stipulate that time should be excluded from computation under the Speedy Trial Act until the next court date. The parties agree that the ends of justice served by ordering this continuance outweighs the best interest of the public and this defendant's right to a speedy trial, and merits this exclusion of time. *See* 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

| | |
|---|---|
| March 16, 2020<br>Dated | DAVID L. ANDERSON<br>United States Attorney<br>Northern District of California |
| | /S<br>CHRISTOPHER VIEIRA<br>Assistant United States Attorney |
| March 16, 2020<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
| | /S<br>ANGELA CHUANG<br>Assistant Federal Public Defender |

---

[3] *See generally* Centers for Disease Control and Prevention, *Coronavirus (COVID-19)*, https://www.cdc.gov/coronavirus/2019-ncov/index.html (updated frequently); California Dep't of Public Health, https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/Immunization/ncov2019.aspx (updated daily); *see also* Office of Governor, Executive Order N-25-20 (Mar. 12, 2020).

[PROPOSED] STIPULATED ORDER
*PATTON*, CR 20–016 RS

2

IT IS SO ORDERED.

_3/16/2020_
Dated

_[signature]_
RICHARD SEEBORG
United States District Judge