DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRISTOPHER D. VIEIRA (CABN 273781)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7301
    FAX: (415) 436-7027
    christopher.vieira@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-00016 RS |
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND ORDER |
| v. | |
| CHARLES EUGENE PATTON, | |
| Defendants. | |

    It is hereby stipulated by and between counsel for the United States and counsel for the defendant Charles Patton, that Mr. Patton's change of plea hearing be continued from May 5, 2020 until June 2, 2020.  The parties stipulate and agree that, because they lodged a copy of the plea agreement with the Court, the time between May 5, 2020 and June 2, 2020 should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(G).  The parties further stipulate that Mr. Patton's sentencing hearing be set for August 18, 2020 and that the Court should immediately refer Mr. Patton to Probation for the preparation of a full Presentence Report.

    The undersigned Special Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

    IT IS SO STIPULATED.

1    DATED: April 30, 2020            /s/ *Christopher Vieira*
2                                           CHRISTOPHER VIEIRA
                                                    Special Assistant United States Attorney

3    DATED: April 30, 2020            /s/ *Angela Chuang*
                                                    ANGELA CHUANG
4                                                    Counsel for Defendant

## ORDER

Based upon the stipulation of the parties, defendant Charles Patton's change of plea hearing is continued from May 5, 2020 until June 2, 2020. Because the parties lodged a copy of the plea agreement with the Court, the time between May 5, 2020 and June 2, 2020 is excluded pursuant to 18 U.S.C. § 3161(h)(1)(G). Mr. Patton's sentencing hearing is set for August 18, 2020 and Mr. Patton is referred to Probation for the preparation of a full Presentence Report.

IT IS SO ORDERED.

DATED: May 1, 2020                          _____
                                              RICHARD SEEBORG
                                              United States District Judge