STEVEN G. KALAR
Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:         Angela_chuang@fd.org

Counsel for Defendant PATTON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES EUGENE PATTON,<br><br>Defendant. | **Case No.:** CR 20–016 RS<br><br>**STIPULATION AND ORDER TO CONTINUE** |

The above titled matter is currently scheduled for change of plea on June 8, 2020, and sentencing on August 18, 2020. Mr. Patton is currently detained at Santa Rita Jail. Because of the COVID-19 pandemic, Santa Rita suspended contact visits in March. That ban has not yet been lifted and likely will stay in place for the near future. Until contact visits are allowed again, undersigned counsel and the Probation Officer assigned to the case cannot conduct an in-person Pre-Sentence Report interview.

To minimize potential exposure from multiple court appearances and to allow time for the public health crisis to improve so that an in-person interview becomes possible, the parties

1   stipulate that the presently scheduled hearings shall be vacated and that the matter shall be set

2   for change of plea and sentencing on September 15, 2020 at 2:30 PM.

3       The parties further stipulate that time should be excluded from computation under the

4   Speedy Trial Act until the next court date. The parties agree that the ends of justice served by

5   ordering this continuance outweigh the best interest of the public and this defendant's right to a

6   speedy trial, and merits this exclusion of time. *See* 18 U.S.C. § 3161(h)(7)(A); N.D. Cal.

7   General Order 72-3. The Court may appropriately exclude time on ends-of-justice grounds.

8   The country's public health interest in stemming the spread of COVID-19 outweighs the

9   interest of the "public and the defendant in a speedy trial." § 3161(h)(7)(A); *see also* N.D. Cal.

10  General Order 72-3.

11

12      IT IS SO STIPULATED.

13      May 27, 2020                    DAVID L. ANDERSON
        Dated                          United States Attorney

14                                     Northern District of California

15                                     _____
                                              /S

16                                     CHRISTOPHER VIEIRA
                                       Special Assistant United States Attorney

17

18

19      May 27, 2020                    STEVEN G. KALAR
        Dated                           Federal Public Defender

20                                      Northern District of California

21                                     _____
                                              /S

22                                     ANGELA CHUANG
                                       Assistant Federal Public Defender

23

24

25

26

27

28

STIPULATED ORDER *PATTON*, CR
20–016 RS

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

For the reasons stated above, the Court VACATES all appearances and CONTINUES this case to September 15, 2020 at 2:30 PM for change of plea and sentencing.

The Court also finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from June 8, 2020, through September 15, 2020, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED:   May 27, 2020

_____
HONORABLE RICHARD SEEBORG
United States District Judge

STIPULATED ORDER *PATTON*, CR
20–016 RS