STEVEN G. KALAR
Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:          Angela_chuang@fd.org

Counsel for Defendant PATTON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 20–016 RS |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. | |
| CHARLES EUGENE PATTON, | |
| Defendant. | |

    The above titled matter is currently scheduled for change of plea and sentencing on September 15, 2020. Mr. Patton is currently detained at Santa Rita Jail. Because of the COVID-19 pandemic, Santa Rita suspended contact visits in March. That ban has not yet been lifted and likely will stay in place for the near future. Until contact visits are allowed again, undersigned counsel and the Probation Officer assigned to the case cannot conduct an in-person Pre-Sentence Report interview.

    To allow time for the public health crisis to improve so that an in-person interview becomes possible, the parties stipulate that the sentencing hearing shall be continued to

November 10, 2020 at 2:30 PM. The parties further stipulate that the hearing on September 15, 2020, shall remain on the calendar for change of plea.

IT IS SO STIPULATED.

| July 16, 2020 | DAVID L. ANDERSON |
| Dated | United States Attorney |
| | Northern District of California |

/S
CHRISTOPHER VIEIRA
Special Assistant United States Attorney

| July 16, 2020 | STEVEN G. KALAR |
| Dated | Federal Public Defender |
| | Northern District of California |

/S
ANGELA CHUANG
Assistant Federal Public Defender

### ORDER

For the reasons stated above, the Court CONTINUES the sentencing hearing for this case to November 10, 2020 at 2:30 PM. The currently scheduled hearing on September 15, 2020, shall remain on the calendar for change of plea only.

IT IS SO ORDERED.

DATED:   7/16/2020

_____
HONORABLE RICHARD SEEBORG
United States District Judge